FILED
CLERK US DISTRICT COURT

SEP 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR 10-0923 −SJO−15 |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION<br>AFTER HEARING |
| PHILLIP GILLIARD, ) | (18 U.S.C. § 3142(i)) |
| Defendant. ) | |

I.

A. (X)    On motion of the Government in a case allegedly involving:

   1. ( ) a crime of violence;

   2. ( ) an offense with maximum sentence of life imprisonment or death;

   3. (X) a narcotics or controlled substance offense with maximum sentence of ten or more years;

   4. ( ) any felony - where the defendant has been convicted of two or more prior offenses described above;

   5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

CR-94 (06/07)

B. (X)     On motion by the Government / ( ) on Court's own motion, in a case allegedly involving:

   1. (X)     a serious risk that the defendant will flee;

   2. ( )     a serious risk that the defendant will:

      a. ( )  obstruct or attempt to obstruct justice;

      b. ( )  threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government (X) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (X)     The Court finds that no condition or combination of conditions will reasonably assure:

   1. (X)     the appearance of the defendant as required.

      (X)     and/or

   2. (X)     the safety of any person or the community.

B. (X)     The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report and recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (X)   The history and characteristics of the defendant indicate a serious risk that he will flee, because:  the risk of flight is presumed in this case; he allegedly has used three variations of his Social Security number and two dates of birth; defendant's criminal record reflects that a number of arrest warrants have issued based on his alleged prior failures to appear; and there are insufficient bail resources to mitigate the presumed risk of flight.

B. (X)   The defendant poses a risk to the safety of other persons or the community because of the seriousness of the allegations in this presumption case and his prior criminal history.

## VI.

A. ( )   The Court finds that a serious risk exists that the defendant will:

    1. ( )  obstruct  or  attempt to  obstruct  justice.

    2. ( )  attempt to/ ( ) threaten, injure or intimidate a witness or juror.

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable

2        opportunity for private consultation with counsel.

3    D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on

4        request of any attorney for the Government, the person in charge of the corrections

5        facility in which the defendant is confined deliver the defendant to a United States

6        Marshal for the purpose of an appearance in connection with a court proceeding.

7

8    DATED: September 14, 2010                    *Margaret A. Nagle*

9                                          _____
                                                 MARGARET A. NAGLE
                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**